## Micheal Cuff v. The Township of Butler, Appellant.

Argued Dec. 7, 1896.   Appeal, No. 58, Nov. T., 1895, by defendant, from judgment of C. P. Schuylkill Co., May T., 1885, No. 222, on verdict for plaintiff.   Before RICE, P. J., WILLARD, WICKHAM, BEAVER, REEDER, ORLADY and SMITH, JJ.   Reversed.

Verdict and judgment for plaintiff for $500.13.   Defendant appealed.

OPINION BY SMITH, J., April 12, 1897:

This case was tried with that of Martin Dixon against the same township and both were argued together in this court. They grow out of the same unfortunate accident and involve the same facts.   For the reasons given in the opinion just filed in the Dixon case the 7th and 9th assignments of error are sustained and the judgment in this case is also reversed.